UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MARVIN DEWITT WILLIAMS                                    CIVIL ACTION

VERSUS                                                              NO. 16-16594

FEDERAL EMERGENCY                                       SECTION: "B"(1)
MANAGEMENT AGENCY, ET AL.

# ORDER

IT IS ORDERED that Plaintiff's Motion for Appointment of Counsel (Record Document Number 14) is **DISMISSED AS MOOT**.

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

IT IS FURTHERED ORDERED that plaintiff's civil action is **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 8th day of February, 2017.

_____

SENIOR UNITED STATES DISTRICT JUDGE